**IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER WILKS-WRIGHT, | ) |
| Plaintiff | ) |
| | ) **Case No.: 2:12-cv-06279-CMR** |
| v. | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Rule 41.1(b), Plaintiff voluntarily dismisses her Complaint with prejudice.

Date: March 4, 2013　　　　　　By:　*/s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　　　　Attorney ID# 57100
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com